UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                        CASE NO. 8:24 Cr 486 VMC-NHA

JUSTIN ALAN SEYMOUR                        18 U.S.C. § 922(g)
                                           (Possession of a Firearm by a
                                           Convicted Felon)

## INDICTMENT

The Grand Jury charges:

## COUNT ONE
### (Possession of a Firearm by a Convicted Felon)

On or about October 23, 2024, in the Middle District of Florida, the defendant,

JUSTIN ALAN SEYMOUR,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including the following offense;

Robbery with a Firearm or Deadly Weapon (Attempt) on October 21, 2019; did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: a Kel-Tec, P40, .40 caliber firearm with serial number 74511, and .40 caliber Smith and Wesson ammunition.

All in violation of 18 U.S.C. §§ 922(g) and 924(a)(8).

## FORFEITURE

1.     The allegations contained in Count One are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

3.     Upon conviction of a violation of 18 U.S.C. § 922(g), the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms involved in or used in the violation.

4.     The property to be forfeited includes, but is not limited a a Kel-Tec, P40, .40 caliber firearm with serial number 74511, and .40 caliber Smith and Wesson ammunition.

5.     If any of the property described above, as a result of any acts or omissions of the defendant:

     a.     cannot be located upon the exercise of due diligence;

     b.     has been transferred or sold to, or deposited with, a third party;

     c.     has been placed beyond the jurisdiction of the Court;

     d.     has been substantially diminished in value; or

     e.     has been commingled with other property, which cannot be divided without difficulty.

2

the United States shall be entitled to forfeiture of substitute property pursuant to 21

U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
FOR- Samantha J. Newman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Racketeering
Section

3

FORM OBD-34

November 24

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

JUSTIN ALAN SEYMOUR

INDICTMENT

Violations: 18 U.S.C. § 922(g)

A true bill

_____
Foreperson

Filed in open court this 12th day

of November 2024.

_____
Clerk

Bail $_____

GPO 863 525